UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MARSHALL,

                    Plaintiff,

              -against-

LYNN J. LILLEY, SUPERINTENDENT FOR
WOODBOURNE CORRECTIONAL FACILITY; PETER
CHIAVARO, DEPUTY SUPERINTENDENT FOR
ADMINISTRATIVE SERVICES; DR. MERVANT
MAKRAM, M.D.; A. HARRIS-BAKER, PHYSICIAN
ASSISTANT; J. BARRETT-BAKER, NURSE
ADMINISTRATOR; EDWARD CORLEY, OFFENDER
REHABILITATION COORDINATOR; MARY ASHONG,
NURSE PRACTITIONER; DR. CARL J.
KOENIGSMANN, M.D.; ANN MARIE MCGRATH;
PATRICK GRIFFIN; DR. ALBERT PAOLANO, M.D.,

                    Defendants.

                                                    19-CV-11829 (CM)

                                                    ORDER

COLLEEN McMAHON, Chief United States District Judge:

    Plaintiff is currently incarcerated in Eastern Correctional Facility and proceeding *pro se*.

On February 21, 2020, the Court held that Plaintiff's complaint failed to state a claim on which

relief could be granted but granted him leave to amend his complaint to cure its deficiencies.

(ECF No. 6). By letter dated April 8, 2020, Plaintiff requested an extension of time to comply

with the Court's order because he currently has limited law library access.

    The Court grants Plaintiff's request for an extension of time, and directs Plaintiff to file

his amended complaint within 30 days of the date of this order.

## CONCLUSION

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on

the docket. Plaintiff's request for an extension of time (ECF No. 8) is granted. The Court directs

Plaintiff to file his amended complaint within 30 days of the date of this order. For Plaintiff's

convenience, an amended complaint form is attached to this order. If Plaintiff fails to comply within the time allowed, the complaint will be dismissed for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 23, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.


-against-

_____

_____

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

_____CV_____

(Include case number if one has been assigned)

## COMPLAINT

(Prisoner)

Do you want a jury trial?
  ☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

## I.      LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.     PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

First Name                    Middle Initial                    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

Institutional Address

County, City                                    State                        Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☐  Other: _____

Page 2

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

       First Name       Last Name       Shield #

       Current Job Title (or other identifying information)

       Current Work Address

       County, City       State       Zip Code

Defendant 2:

       First Name       Last Name       Shield #

       Current Job Title (or other identifying information)

       Current Work Address

       County, City       State       Zip Code

Defendant 3:

       First Name       Last Name       Shield #

       Current Job Title (or other identifying information)

       Current Work Address

       County, City       State       Zip Code

Defendant 4:

       First Name       Last Name       Shield #

       Current Job Title (or other identifying information)

       Current Work Address

       County, City       State       Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

_____

_____

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Prison Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____