UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN MARSHALL,

                Plaintiff,

-against-

LYNN J. LILLEY, SUPERINTENDENT FOR WOODBOURNE CORRECTIONAL FACILITY; PETER CHIAVARO, DEPUTY SUPERINTENDENT FOR ADMINISTRATIVE SERVICES; DR. MERVANT MAKRAM, M.D.; A. HARRIS-BAKER, PHYSICIAN ASSISTANT; J. BARRETT-BAKER, NURSE ADMINISTRATOR; EDWARD CORLEY, OFFENDER REHABILITATION COORDINATOR; MARY ASHONG, NURSE PRACTITIONER; DR. CARL J. KOENIGSMANN, M.D.; ANN MARIE MCGRATH; PATRICK GRIFFIN; DR. ALBERT PAOLANO, M.D.,

                Defendants.

19-CV-11829 (CM)

ORDER OF DISMISSAL

---

COLLEEN McMAHON, Chief United States District Judge:

    By order dated February 21, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. On April 23, 2020, the Court granted Plaintiff's request for an extension of time and directed Plaintiff to file his amended complaint within 30 days of that order. Plaintiff has not filed an amended complaint, and the time for doing so has expired. Accordingly, the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).  The Clerk of Court is directed to mail a copy of this order to Plaintiff and to note service on the docket.

Dated:  June 8, 2020
          New York, New York

                                                          COLLEEN McMAHON
                                                    Chief United States District Judge