UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN MARSHALL,<br><br>       Plaintiff,<br><br>      -against-<br><br>LYNN J. LILLEY, SUPERINTENDENT FOR WOODBOURNE CORRECTIONAL FACILITY; PETER CHIAVARO, DEPUTY SUPERINTENDENT FOR ADMINISTRATIVE SERVICES; DR. MERVANT MAKRAM, M.D.; A. HARRIS-BAKER, PHYSICIAN ASSISTANT; J. BARRETT-BAKER, NURSE ADMINISTRATOR; EDWARD CORLEY, OFFENDER REHABILITATION COORDINATOR; MARY ASHONG, NURSE PRACTITIONER; DR. CARL J. KOENIGSMANN, M.D.; ANN MARIE MCGRATH; PATRICK GRIFFIN; DR. ALBERT PAOLANO, M.D.,<br><br>       Defendants. | 19-CV-11829 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued June 8, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: June 8, 2020
    New York, New York

                         _____
                           COLLEEN McMAHON
                        Chief United States District Judge